UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVIS,<br>    Plaintiff,<br>  v.<br>UNKNOWN,<br>    Defendant. | Case No. 23-cv-03659-LJC<br><br>**ORDER OF TRANSFER** |

Plaintiff, a civil detainee housed at California State Prison, Sacramento (SAC) proceeding *pro se*, filed a civil rights complaint under 42 U.S.C. § 1983 alleging that his constitutional rights are violated by his being held "in prison around criminals." ECF 7 at 2. He has not named any defendant. Because plaintiff complains of acts that occurred or are occurring in Sacramento County, which is located in the Eastern District of California, venue properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California.[1] The Clerk shall transfer the case forthwith.

**IT IS SO ORDERED.**

Dated: 10/17/2023

LISA J. CISNEROS
United States Magistrate Judge

---

[1] Venue transfer is a non-dispositive matter and, thus, it falls within the scope of the jurisdiction of the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A).