UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DAVIS,<br><br>            Plaintiff,<br><br>     v.<br><br>UNKNOWN,<br><br>            Defendants. | No.  2:23-cv-2358 KJN P<br><br><br>ORDER |

Plaintiff filed a motion for an extension of time to file an amended complaint.  Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 15) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.

Dated:  December 6, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Dav2358.36

1