UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DAVIS, | No. 2:23-cv-2358 KJN P |
| Plaintiff, | |
| v. | ORDER |
| UNKNOWN, | |
| Defendants. | |

Pending before the court is plaintiff's motion for a sixty days extension of time to file an amended complaint. (ECF No. 19.) For the reasons stated herein, plaintiff is granted a thirty days extension of time to file an amended complaint.

On November 13, 2023, the undersigned dismissed plaintiff's complaint with leave to amend. (ECF No. 14.) On December 6, 2023, the undersigned granted plaintiff's motion for a thirty days extension of time to file an amended complaint. (ECF Nos. 15, 18.)

In the pending motion, plaintiff states that he requires a sixty days extension of time to file an amended complaint. (ECF No. 19.) Plaintiff alleges that he is a layman, untrained in law. (Id.) Plaintiff alleges that he must obtain legal assistance to file an amended complaint. (Id.)

Good cause appearing, plaintiff is granted a thirty days extension of time to file an amended complaint. Any further requests for extension of time must be supported by good cause.

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 19) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.

Dated:  January 2, 2024

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Dav2358.eot