UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DAVIS, | No. 2:23-cv-2358 DJC CSK P |
| Plaintiff, | |
| v. | ORDER |
| UNKNOWN, et al., | |
| Defendants. | |

Plaintiff, a civil detainee prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 23, 2025, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

    1.  The findings and recommendations (ECF No. 36) are adopted in full; and

    2.  Plaintiff's motion for injunctive relief (ECF No. 35) is DENIED without

1

prejudice.

3. This matter is referred back to the assigned Magistrate Judge for all further proceedings pending this Court's resolution of the September 13, 2024 Findings and Recommendations (ECF No. 30).

IT IS SO ORDERED.

Dated: **May 30, 2025**

*Daniel J. Calabretta*
Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

/davi23cv2358.800

2