UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL DAVIS,

      Plaintiff,

    v.

UNKNOWN, et al.,

      Defendants.

No.  2:23-cv-2358 DJC CSK P

ORDER

Plaintiff filed a motion for a 60 day extension of time to file an opposition to the amended motion to dismiss filed by defendants Clendenin and Price.  Good cause appearing, IT IS HEREBY ORDERED that:

1.  Plaintiff's motion for an extension of time (ECF No. 54) is granted; and

2.  Plaintiff is granted sixty days from the date of this order in which to file an opposition to the amended motion to dismiss filed by defendants Clendenin and Price.

Dated:  February 13, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Davi2358.eot/2

1