UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DAVIS, | No.  2:23-cv-2358 DJC CSK P |
| Plaintiff, | |
| v. | ORDER |
| UNKNOWN, et al., | |
| Defendants. | |

Plaintiff is a detainee proceeding without counsel with a civil rights action pursuant to 42 U.S.C. § 1983.  For the following reasons, defendants are ordered to file a status report addressing plaintiff's current location.

On March 23, 2026, plaintiff filed a motion for a temporary restraining order challenging conditions of confinement at California State Prison-Sacramento ("CSP-Sac").  (ECF No. 56.) On March 27, 2026, this Court recommended that plaintiff's motion for a temporary restraining order be denied based on plaintiff's intent to file an amended complaint.  (ECF No. 58.)  These findings were served on plaintiff at Coalinga State Hospital ("CSH"), which was plaintiff's current address in the court record at the time the findings and recommendations were filed.  This Court was not aware of plaintiff's transfer to CSH at the time the March 27, 2026 findings and recommendations were filed.  On April 7, 2026, the March 27, 2026 findings and recommendations were returned unserved on plaintiff.  (See Docket.)  On April 17, 2026, plaintiff

1

filed objections to the findings and recommendations and a notice of change of address reflecting his current location as CSP-Sac.  (ECF No. 60, 61.)

The California Department of Corrections and Rehabilitation Incarcerated Records and Information Search website reflects that plaintiff is currently housed at Salinas Valley State Prison ("SVSP").  See https://ciris.mt.cdcr.ca.gov/search.  Defendants are ordered to file a status report addressing whether plaintiff is now housed at SVSP and, if so, when plaintiff was transferred to SVSP.  If plaintiff is not housed at SVSP, defendants shall inform the court of plaintiff's current location.

Accordingly, IT IS HEREBY ORDERED that within five days of the date of this order, defendants shall file a status report addressing plaintiff's current location, as discussed in this order.

Dated:  May 6, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Davi2358.ord(3)/2

2