UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL DAVIS,

        Plaintiff,

     v.

UNKNOWN, et al.,

        Defendants.

No.  2:23-cv-2358 DJC CSK P

ORDER

Plaintiff filed a motion for a sixty day extension of time to file objections to the findings and recommendations filed May 15, 2026 recommending that his motion for a temporary restraining order and preliminary injunction be denied.  (ECF No. 66.)  Plaintiff also requests a sixty day extension of time to file a motion for leave to file a third amended complaint and proposed third amended complaint.  (Id.)

Good cause appearing, IT IS HEREBY ORDERED that:

1.  Plaintiff's motion for an extension of time (ECF No. 66) is granted; and

2.  Plaintiff is granted sixty days from the date of this order in which to file objections to the findings and recommendations filed May 15, 2026 and a motion for leave to file a third amended complaint and proposed third amended complaint.  No further requests for extensions of time to file these pleadings will be granted.

Dated:  June 5, 2026

/davi2358.eot(2)/2

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

1