UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DAVIS,<br>Plaintiff,<br>v.<br>UNKNOWN, et al.,<br>Defendants. | No. 2:23-cv-2358 DJC CSK P<br><br>ORDER |

Plaintiff filed a motion for an extension of time to file objections to the findings and recommendations filed October 22, 2026. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 77) is granted.
2. Plaintiff is granted thirty days from the date of this order in which to file objections to the findings and recommendations filed October 22, 2026.

Dated: November 9, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Davi2358.36/2